UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

GLORIA COVINGTON )
       Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 7:16-CV-285-FL
)
NANCY A. BERRYHILL, )
Commissioner of Social Security, )
       Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of plaintiff's application for attorney fees under the Equal Access to Justice Act.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 12, 2018, that plaintiff is entitled to attorney's fees under the Equal Access to Justice Act and is specifically awarded $5,500.00.

**This Judgment Filed and Entered on February 12, 2018, and Copies To:**

Vaughn Stephen Clauson (via CM/ECF Notice of Electronic Filing)
Wanda D. Mason (via CM/ECF Notice of Electronic Filing)

February 12, 2018                PETER A. MOORE, JR., CLERK
                                      /s/ Sandra K. Collins
                                     (By) Sandra K. Collins, Deputy Clerk